**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Haley Victoria Hubler fka Haley Victoria Hubler**                    **BK NO. 26-01200 HWV**

  **Michael  Todd Liddick**                    **Chapter 13**
**Debtor(s)**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of CMG Mortgage, Inc. and index same on the master mailing list.

           Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
04 May 2026, 16:39:15, EDT

       KML Law Group, P.C.
       BNY Mellon Independence Center
       701 Market Street, Suite 5000
       Philadelphia, PA  19106
       215-627-1322

Document ID: 6526b1a9e490c947e2ce4c8b9a3e84c8619b41eabc63b378758b4069d76a5ecc