Certificate Number: 06531-PAM-DE-041005112

Bankruptcy Case Number: 26-01200



06531-PAM-DE-041005112

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 21, 2026</u>, at <u>5:48</u> o'clock <u>PM CDT</u>, <u>Michael Liddick Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>May 21, 2026</u>          By:     <u>/s/Patricia Queen</u>

                                        Name:   <u>Patricia Queen</u>

                                        Title:   <u>Certified Credit Counselor</u>