United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Michael Todd Liddick

Haley Victoria Liddick

  Debtors

Case No. 26-01200-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3

Date Rcvd: Jun 05, 2026    Form ID: ntcnfhrg     Total Noticed: 36

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Todd Liddick, Haley Victoria Liddick, P.O. Box 65, Gratz, PA 17030-0065 |
| 5799481 | + | Commonwealth of Pa, Att Chief Counsel Dept of L&I, 651 Boas St Room 608, Harrisburg, PA 17121-0725 |
| 5799485 | + | Dauphin County Treasurer, Real Estate Tax, 101 Market St, Room 105, Harrisburg, PA 17101-2012 |
| 5799488 | + | Family Practice Center PC, BILLING, 1 Dock Hill Road, Middleburg, PA 17842-8910 |
| 5799492 | | KLARNA, 628 N HIGH STREET, 3RD FL, Columbus, OH 43215 |
| 5799494 | + | PRANCERCAP, 36 SKYLINE DR, LAKE MARY, FL 32746-6201 |
| 5799496 | + | Russell Hubler, 207 Center Street, Gratz, PA 17030-7700 |
| 5799498 | + | TBOM/CCI MC, THE BANK OF MISSOURI, ATTN: BANKRUPTCY, 906 N. KINGSHIGHWAY, PERRYVILLE, MO 63775-1204 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5799475 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 05 2026 18:47:00 | ALLY FINANCIAL, INC, ATTN: BANKRUPTCY, PO BOX 380901, BLOOMINGTON, IL 55438-0901 |
| 5799473 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 05 2026 19:01:16 | Affirm HQ, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5799474 | ^ | MEBN | Jun 05 2026 18:45:03 | Afterpay, 760 Market Street Fl 2, San Francisco, CA 94102-2402 |
| 5800796 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2026 18:49:34 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5801155 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 05 2026 18:49:34 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5799476 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2026 18:49:37 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5799477 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2026 18:49:27 | CAPITALONE/Kohls, CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5799479 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 05 2026 18:49:27 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15299, WILMINGTON, DE 19850-5299 |
| 5799480 | + | Email/PDF: ais.cmg.ebn@aisinfo.com | Jun 05 2026 18:49:34 | CMG FINANCIAL, ATTN: BANKRUPTCY, 3160 CROW CANYON RD, STE 400, SAN RAMON, CA 94583-1382 |
| 5799483 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 05 2026 19:01:05 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 5799478 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| Recip ID | | Notice Time | Name and Address |
|---|---|---|---|
| | | Jun 05 2026 18:49:27 | Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |
| 5799482 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 05 2026 18:47:00 | Commonweath of Pennsylvania, Department of Revenue Bureau of Com, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5799484 | + Email/PDF: creditonebknotifications@resurgent.com | Jun 05 2026 19:01:05 | Credit One Bank, Att Bankruptcy, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 5799486 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 05 2026 18:47:00 | Destiny Mastercard, P.O. Box 4477, Beaverton, OR 97076-4401 |
| 5799487 | + Email/Text: bankruptcy@erieinsurance.com | Jun 05 2026 18:47:00 | Erie Insurance Group, 100 Erie Insurance Place, Erie, PA 16530-0001 |
| 5799489 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 05 2026 18:47:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, PO BOX 70379, PHILADELPHIA, PA 19176-0379 |
| 5799490 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 05 2026 18:47:00 | IRS CENTRALIZED INSOLVENCY ORG, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5806266 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 05 2026 18:47:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5799491 | ^ MEBN | Jun 05 2026 18:44:53 | Katapult Group Inc, 5360 Legacy Dr, Bldg 2, Ste 135, Plano, TX 75024-4197 |
| 5805398 | Email/PDF: cbp@omf.com | Jun 05 2026 18:49:34 | OneMain Financial Group, LLC, PO BOX 3251, Evansville, IN 47731-3251 |
| 5799493 | + Email/PDF: cbp@omf.com | Jun 05 2026 19:01:05 | Onemain, PO Box 3251, Evansville, IN 47731-3251 |
| 5808460 | + Email/Text: bankruptcynotices@psecu.com | Jun 05 2026 18:47:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5799495 | + Email/Text: bankruptcynotices@psecu.com | Jun 05 2026 18:47:00 | PSECU, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5802256 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 05 2026 18:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5803969 | Email/Text: bnc-quantum@quantum3group.com | Jun 05 2026 18:47:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5799497 | + Email/PDF: cbp@omf.com | Jun 05 2026 18:49:27 | SPRINGLF FIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 5800866 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 05 2026 18:49:27 | U.S. Department of Housing and Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 5799499 | ^ MEBN | Jun 05 2026 18:45:06 | Wayfair, PO Box 6772, Sioux Falls, SD 57117-6772 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5807022 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Michael Todd Liddick kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Haley Victoria Liddick kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor CMG Mortgage  Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Michael Todd Liddick,

**Debtor 1**

Haley Victoria Liddick,
fka Haley Victoria Hubler,

**Debtor 2**

Chapter 13

Case No. 1:26−bk−01200−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 1, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: July 8, 2026 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 5, 2026 |

ntcnfhrg (08/21)