United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Michael Todd Liddick
Haley Victoria Liddick
Debtors

Case No. 26-01200-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1 | User: AutoDocke | 
Date Rcvd: Oct 05, 2026 | Form ID: pdf010 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Russell R Hubler Jr., 207 S Center Street, Gratz, PA 17030-7700 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 2 Haley Victoria Liddick DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 1 Michael Todd Liddick DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Garrett Wilson | on behalf of Creditor Ally Bank garrett.mac.wilson@gmail.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |

| | |
|---|---|
| Kara Katherine Gendron | on behalf of Debtor 1 Michael Todd Liddick kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Haley Victoria Liddick kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor CMG Mortgage Inc. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL TODD LIDDICK and HALEY VICTORIA LIDDICK, fka HALEY VICTORIA HUBLER,
Debtors,

Chapter 13

Case No. 1:26-bk-01200-HWV

ALLY BANK
Movant,

v.

MICHAEL TODD LIDDICK and HALEY VICTORIA LIDDICK, fka HALEY VICTORIA HUBLER,
Debtors,

RUSSELL R. HUBLER, JR.,
Co-Debtor,

JACK N. ZAHAROPOULOS, Trustee,

Respondents.

**ORDER**

Upon consideration of the Stipulation between Debtors and Ally Bank ("Movant"), Doc. 34, resolving Movant's Motion for Relief from Automatic Stay, Doc. 30, it is

**ORDERED** that the Stipulation is **APPROVED**.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 5, 2026