**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **MICHAEL TODD LIDDICK** | : | |
| **HALEY VICTORIA LIDDICK** | : | **CASE NO. 1:26-bk-01200** |
| **fka Haley Victoria Hubler** | : | |
| **Debtor(s)** | : | |
| | : | |
| **CMG Mortgage, Inc.,** | : | |
| **Movant** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL TODD LIDDICK** | : | |
| **HALEY VICTORIA LIDDICK** | : | |
| **fka Haley Victoria Hubler,** | : | |
| **Respondent(s)** | : | |

**<u>ANSWER TO MOTION FOR RELIEF FROM STAY</u>**

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted that the filing of a bankruptcy petition acts as a stay upon certain foreclosure actions.
6. Proof of default is demanded at trial and this paragraph is therefore denied pending Debtor's review of payments made.
7. Proof of default is demanded at trial and this paragraph is therefore denied pending Debtor's review of payments made.
8. Proof of amounts owed is demanded at trial and this paragraph is therefore denied.

9. Denied that Movant has demonstrated cause for relief. Movant is protected by an equity cushion of approximately $48,000.00 and Movant is therefore adequately protected.

10. Movant has failed to satisfy all of the elements of Bankruptcy Code § 506(b) and allegations that the Debtors are responsible for payment of attorney fees and costs are therefore denied.

11. Movant has failed to satisfy all of the elements of Bankruptcy Code § 506(b) and allegations that the Debtors are responsible for payment of attorney fees and costs are therefore denied.

WHEREFORE, the Debtors respectfully request that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Dorothy L. Mott

Dorothy L. Mott, Esquire
Mott & Gendron Law
Attorney ID # 43568
125 State Street
Harrisburg, PA 17101
(717) 232–6650 TEL
(717) 232-0477 FAX
doriemott@aol.com